1  HARRY S. STERN, SBN: 176854
2  TIMOTHY K. TALBOT, SBN: 173456
3  JACOB A. KALINSKI, SBN: 233709
   RAINS LUCIA STERN ST. PHALLE & SILVER, PC
4  1428 2nd Street, Suite 200
   Santa Monica, CA 90401
5  Tel: (310) 393-1486
6  Fax: (310) 395-5801
   E-mail: JKalinski@RLSlawyers.com
7
8  WILLIAM B. AITCHISON (*pro hac vice*)
   Public Safety Labor Group
9  3021 NE Broadway Street
10 Portland OR 97232
   Tel: (866) 486-5556
11 Fax: (866) 401-2201
12 Will@PSLGlawyers.com
13
   Attorneys for Plaintiffs
14
15
                    **UNITED STATES DISTRICT COURT**
16
          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
17

| | |
|---|---|
| THOMAS FERGUSON, and MIGUEL ORTEGA, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES,<br><br>Defendants. | CASE NO. 2:18-cv-06861-DSF-KKx<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:  December 9, 2019<br>Time:  1:30 p.m.<br>Dept.:  7D<br>Judge:  Hon. Dale S. Fischer |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

Please take notice that on December 9, 2019 at 1:30 p.m. or as soon thereafter as this matter may be heard in the above-entitled Court, located at First Street Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California 90012, Plaintiffs Thomas Ferguson and Miguel Ortega will move the Court for an order granting preliminary approval of settlement and initiating the process set forth in the moving papers for final resolution of this matter.

This motion is based upon Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Settlement, the Declarations of William B. Aitchison, Derek Hsieh and Jacob Kalinski, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 22, 2019.

Dated: October 31, 2019

Respectfully submitted,

**RAINS LUCIA STERN**
**ST. PHALLE & SILVER, PC**

_____/s/_____
By: Jacob A. Kalinski
Attorneys for Plaintiffs Thomas
Ferguson and Miguel Ortega, et al.

---

1
NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT