1  HARRY S. STERN, SBN: 176854
2  TIMOTHY K. TALBOT, SBN: 173456
3  JACOB A. KALINSKI, SBN: 233709
   RAINS LUCIA STERN ST. PHALLE & SILVER, PC
4  1428 2nd Street, Suite 200
   Santa Monica, CA 90401
5  Tel: (310) 393-1486
6  Fax: (310) 395-5801
   E-mail: JKalinski@RLSlawyers.com
7
8  WILLIAM B. AITCHISON (*pro hac vice*)
   Public Safety Labor Group
9  3021 NE Broadway Street
10 Portland OR 97232
   Tel: (866) 486-5556
11 Fax: (866) 401-2201
12 Will@PSLGlawyers.com
13
   Attorneys for Plaintiffs
14
15
                **UNITED STATES DISTRICT COURT**
16
         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
17

| | |
|---|---|
| THOMAS FERGUSON, and MIGUEL ORTEGA, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES,<br><br>Defendants. | CASE NO. 2:18-cv-06861-DSF-KKx<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date:  May 18, 2020<br>Time:  1:30 p.m.<br>Dept.:  7D<br>Judge: Hon. Dale S. Fischer |

1 **TO THE HONORABLE COURT AND TO ALL PARTIES:**

2  Please take notice that on May 18, 2020 at 1:30 p.m. or as soon thereafter
3 as this matter may be heard in the above-entitled Court, located at First Street
4 Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California 90012,
5 Plaintiffs Thomas Ferguson and Miguel Ortega, on behalf of themselves and all
6 similarly situated individuals who have consented to join the instant action
7 ("Plaintiffs"), will move the Court for an order granting final approval of
8 settlement.

9  This motion is based upon Plaintiffs' Memorandum of Points and
10 Authorities in Support of Motion for Final Approval of Settlement, the
11 Declarations of William B. Aitchison, Derek Hsieh and Jacob Kalinski, the
12 complete files and records in this action, and upon such oral and documentary
13 evidence as may be allowed at the hearing of this motion.

14  This motion is made following the conference of counsel pursuant to L.R.
15 7-3 which took place on March 3, 2020.

16 Dated: April 13, 2020                Respectfully submitted,

17                                      **RAINS LUCIA STERN**
18                                      **ST. PHALLE & SILVER, PC**

19                                      _____/s/_____
20                                      By: Jacob A. Kalinski
                                        Attorneys for Plaintiffs Thomas
21                                      Ferguson and Miguel Ortega, et al.

1

NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT