1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THOMAS FERGUSON, and MIGUEL ORTEGA, on behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES,<br><br>Defendants. | NO. 2:18-cv-06861 DSF (KKx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT** |
|---|---|

Having considered the motion of Plaintiffs Thomas Ferguson and Miguel Ortega, on behalf of themselves and all similarly situated individuals who have consented to join the instant action, for an order granting final approval of settlement and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' motion is GRANTED. The Court approves the settlement reached by the parties.

IT IS SO ORDERED.

DATED: June 12, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE